IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GREATER KANSAS CITY LABORERS PENSION FUND, et al. | ) ) ) |
| Plaintiffs, | ) ) ) No. 05-3401-CV-S-DW |
| vs. | ) ) |
| TARGET MASONRY, LLC | ) ) |
| Defendant. | ) ) |

JUDGMENT

This matter came on for hearing pursuant to the Order of the Court and pursuant to Default Judgment entered March 20, 2006. The Plaintiffs appear by and through their counsel of record, Bradley J. Sollars of ARNOLD, NEWBOLD, WINTER & JACKSON, P.C, and by Plaintiff Trustee Jeffrey L. Chaikin and Shelley L. Payne. The Defendant has failed to appear, answer or otherwise to defend this action.

The Court having reviewed plaintiffs' evidence, and being fully advised of the premises,

IT IS HEREBY ORDERED AND ADJUDGED:

1. That Judgment be entered in favor of plaintiffs, Greater Kansas City Laborers Pension Fund, and against defendant for the period January 1, 2004 through May 31, 2005, in the amount of THIRTEEN THOUSAND, THREE HUNDRED SIXTY-FOUR AND 24/100 ($13,364.24) DOLLARS in unpaid fringe benefit contributions, ONE THOUSAND, TWO HUNDRED FIFTY-EIGHT AND 87/100 ($1,258.87) DOLLARS as and for liquidated damages and TWO HUNDRED FIFTEEN AND 89/100 ($215.89) DOLLARS representing interest on the unpaid contributions, for a total of FOURTEEN THOUSAND, EIGHT HUNDRED THIRTY-NINE AND 00/100 ($14,839.00) DOLLARS; and for their costs herein incurred and expended, and that execution issue therefore.

2. That Judgment be entered in favor of plaintiffs, Greater Kansas City Laborers Welfare Fund, and against defendant for the period January 1, 2004 through May 31, 2005, in the amount of FOURTEEN THOUSAND, FIVE HUNDRED THIRTY-EIGHT AND 90/100 ($14,538.90) DOLLARS in unpaid fringe benefit

contributions, ONE THOUSAND, TWO HUNDRED EIGHTY-SEVEN AND 39/100 ($1,287.39) DOLLARS as and for liquidated damages and TWO HUNDRED TWENTY-TWO AND 05/100 ($222.05) DOLLARS representing interest on the unpaid contributions; for a total of SIXTEEN THOUSAND, FORTY-EIGHT AND 34/100 ($16,048.34) DOLLARS; and for their costs herein incurred and expended, and that execution issue therefore.

   3. That Judgment be entered in favor of plaintiffs, Greater Kansas City Laborers Vacation Plan, and against defendant for the period January 1, 2004 through May 31, 2005, in the amount of FOUR THOUSAND, NINE HUNDRED TWENTY-EIGHT AND 30/100 ($4,928.30) DOLLARS in unpaid fringe benefit contributions, FOUR HUNDRED FORTY-ONE AND 92/100 ($441.92) DOLLARS as and for liquidated damages and SEVENTY-SIX AND 41/100 ($76.41) DOLLARS representing interest on the unpaid contributions; for a total of FIVE THOUSAND, FOUR HUNDRED FORTY-SIX AND 63/100 ($5,446.63) DOLLARS; and for their costs herein incurred and expended, and that execution issue therefore.

   4. That Judgment be entered in favor of plaintiffs, Greater Kansas City Laborers Training Fund, and against defendant for the period January 1, 2004 through May 31, 2005, in the amount of ONE THOUSAND, SEVEN HUNDRED FIVE AND 95/100 ($1,705.95) DOLLARS in unpaid fringe benefit contributions, ONE HUNDRED FIFTY-TWO AND 97/100 ($152.97) DOLLARS as and for liquidated damages and TWENTY-SIX AND 45/100 ($26.45) DOLLARS representing interest on the unpaid contributions; for a total of ONE THOUSAND, EIGHT HUNDRED EIGHTY-FIVE AND 37/100 AND 37/100 ($1,885.37) DOLLARS; and for their costs herein incurred and expended, and that execution issue therefore.

   5. That Judgment be entered in favor of plaintiffs, Greater Kansas City Laborers Pension Fund, Greater Kansas City Laborers Welfare Fund, Greater Kansas City Laborers Vacation Plan, and Greater Kansas City Laborers Training Fund, and against defendant in the amount of THREE THOUSAND, SIX HUNDRED NINETY-EIGHT AND 81/100 ($3,698.81) DOLLARS representing reasonable attorneys' fees; TWO THOUSAND, NINE HUNDRED AND 00/100 ($2,900.00) DOLLARS representing audit costs, for a total of SIX THOUSAND, FIVE HUNDRED NINETY-EIGHT AND 81/100 ($6,598.81) DOLLARS; and for their costs herein incurred and expended, and that execution issue therefore.

6.	Having so found, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of the Greater Kansas City Laborers Pension Fund, Greater Kansas City Laborers Welfare Fund, Greater Kansas City Laborers Vacation Plan, and Greater Kansas City Laborers Training Fund in the amount of FORTY-FOUR THOUSAND, EIGHT HUNDRED EIGHTEEN AND 15/100 ($44,818.15) DOLLARS, for which execution let issue.

IT IS SO ORDERED.

/s/   DEAN   WHIPPLE
Dean Whipple
United States District Judge

DATE:    April 5, 2006